MOORE, Appellant, vs. MOORE, Respondent.

*March 10—November 9, 1926.*

This case is ruled by *Wait v. Pierce, ante,* p. 202.

APPEAL from an order of the circuit court for Milwaukee county: OTTO H. BREIDENBACH, Circuit Judge. *Reversed.*

Personal injury. The plaintiff and defendant are wife and husband. The plaintiff while riding in the defendant's

car driven by him sustained injuries which she alleges were caused by the husband's negligence. The defendant demurred to the complaint for the reason that the action could not be maintained by the wife against her husband, and from an order sustaining the demurrer the plaintiff appeals.

For the appellant the cause was submitted on the brief of *J. Elmer Lehr* of Milwaukee.

For the respondent there was a brief by *Quarles, Spence & Quarles,* attorneys, and *Leroy J. Burlingame,* of counsel, and oral argument by *Arthur B. Doe,* all of Milwaukee.

ROSENBERRY, J. For the reasons stated in *Wait v. Pierce, ante,* p. 202, 209 N. W. 475, 210 N. W. 822, the trial court was in error in holding that the wife could not maintain an. action against her husband for injuries done to her person. Consequently the order sustaining the demurrer must be reversed.

*By the Court.*—The order appealed from is reversed, and cause remanded for further proceedings according to law.

ESCHWEILER, J., VINJE, C. J., and DOERFLER, J., dissent.